IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 1203 |
| SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION, et al. | : : : : : : | CIVIL ACTION NO. 99-20593 |
| THIS DOCUMENT RELATES TO: ANGELA MONTGOMERY v. WYETH, f/k/a AMERICAN HOME PRODUCTS CORP., et al. | : : : : : : : : | CIVIL ACTION NO. 06-20008 E.D. TENN. NO. 05-323 |

<u>**PRETRIAL ORDER NO. 8472**</u>

AND NOW, this 12th day of May, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of Angela Montgomery to "Enforce Settlement Agreement and for Declaration of Rights and Other Relief" is DENIED.

BY THE COURT:

_____ C.J.